**Order entered January , 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01273-CV

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellant

### V.

### PRIMARY MEDIA GROUP, INC., Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-21-1352**

## ORDER

Before the Court is appellant's January 17, 2023 unopposed second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 13, 2023. Because this is an accelerated appeal and the brief was first due January 3, 2023, we caution appellant that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE